**Dismissed and Memorandum Opinion filed May 28, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00282-CR

**ADAN DEJESUS RAMOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from County Criminal Court at Law No. 6**
**Harris County, Texas**
**Trial Court Cause No. 1920505**

## M E M O R A N D U M   O P I N I O N

After a jury trial, appellant was convicted of the offense of prostitution and sentenced to confinement for three days in the county jail on December 3, 2014. A timely motion for new trial was filed on December 29, 2014. Appellant's notice of appeal was not filed until March 19, 2015.

A defendant's notice of appeal must be filed within ninety days after sentence is imposed when the defendant has timely filed a motion for new trial.

*See* Tex. R. App. P. 26.2(a)(2). Accordingly, appellant's notice of appeal was due March 3, 2015.

A notice of appeal which complies with the requirements of Rule 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Busby.
Do Not Publish — Tex. R. App. P. 47.2(b).